583 A.2d 303

STATE OF NEW JERSEY v. DANIEL SHERLOCK.

January 17, 1990.

Petition for certification denied.

583 A.2d 304

AMERICAN RELIANCE INSURANCE COMPANY v. R. BRUCE HILL AGENCY, LTD.

January 17, 1990.

Petition for certification denied.

583 A.2d 304

AUGUST ZEMAITIS v. TRENTON STATE COLLEGE.

January 17, 1990.

Petition for certification denied.

583 A.2d 304

MANACH REALTY CORPORATION, ETC. v. FRED FOUNTAIN.

January 17, 1990.

Petition for certification denied.